CAVANAGH, J.
(concurring). I concur with the majority’s result only. I write separately to emphasize that, because the majority concludes that MCL 600.2922(1), as amended by 2005 PA 270, does not apply retroactively, the majority opinion does not address whether a plaintiff may base a claim for the wrongful death of a nonviable fetus on a defendant’s omission occurring *441 after the effective date of the amendatory act. As the majority notes, however, the terms “neglect” and “fault of another” in MCL 600.2922(1) “permit liability on the basis of omissions.” Ante at 437. Accordingly, it appears that the majority’s holding is applicable only to claims for the wrongful death of a nonviable fetus arising out of omissions occurring before December 19, 2005.
Marilyn Kelly, J., concurred with Cavanagh, J.